No. 75. ANNA GERTZ IN HER OWN BEHALF AND AS EXECUTRIX OF CHRISTIAN GERTZ, DECEASED, v. C. H. BANNING AND B. R. BANNING, J. ALFRED MAGOON IN HIS PERSONAL CAPACITY AND AS TRUSTEE FOR C. H. BANNING AND B. R. BANNING,

JOHN BUCKLEY AND MARIA J. FORBES. Appeal from circuit judge, first circuit. Submitted April 2, 1906. Decided April 23, 1906. This is a bill in equity for the cancelation of a certain mortgage dated December 11, 1894, and the foreclosure thereof in January, 1896, for a writ of possession of the land described in said mortgage and for damages by reason of the alleged wrongful foreclosure. A demurrer to this bill was sustained by the circuit judge. It appears from the bill that on April 6, 1901, complainant filed a bill setting forth the same facts and praying for the same relief. The circuit judge sustained a demurrer to that bill and the suit was dismissed in June, 1901. From that decree no appeal was taken. On March 31, 1902, complainant filed a motion for a rehearing of the decision on the demurrer in that suit and for leave to amend the bill. That motion was denied by the circuit judge. An appeal was taken to this court from the order denying that motion, which order was affirmed on March 6, 1903, and a rehearing denied on May 18, 1903. 14 Haw. 696. *Per curiam.* The decree appealed from is affirmed and the appeal is dismissed. Plaintiff in person. *Magoon & Lightfoot* for defendants.